and contained in a book entitled "Articles of Association of the North New York Building and Loan Association," and we cannot, therefore, consider the book for other purposes. Again, the corresponding provisions of the so-called articles of association, as they appear in the book referred to, are essentially different from those which are set out at length in appellant's counsel's brief, yet the latter may be in harmony with defendant's Exhibit A, now omitted, and to which counsel refers. We think that, for the matter above alluded to, justice requires that the parties have opportunity to perfect the return, and we direct that this appeal be reheard at the next November general term, any amendment of the return on this appeal to be made meanwhile.

(70 Hun, 598.)

ARTHUR, Respondent, v. LACY, Appellant.

(Supreme Court, General Term, First Department. June 30, 1893.)

Action by Joseph Arthur against Harry Lacy.
Vanderpoel, Cuming & Goodwin, for respondent.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
No opinion. Motion granted, with $10 costs.

(70 Hun, 392.)

BOODY v. LINCOLN NAT. BANK OF NEW YORK et al.

(Supreme Court, General Term, First Department. June 30, 1893.)

Submission, without action, of controversy between Ambia Boody, as plaintiff, and the Lincoln National Bank of New York and William G. McIntyre, administrator of Azanah B. Harris, deceased, as defendants, in which plaintiff sought to recover certain money in the bank to the credit of deceased, as agent. Judgment for plaintiff.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.

Percy L. Klock, for plaintiff.
Butler, Stillman & Hubbard, (Edward Kent, of counsel,) for defendant Wm. G. McIntyre.
Dittenhoefer, Gerber & James, for defendant Lincoln Nat. Bank.

PER CURIAM. The sum of $4,440.50, on deposit with the Lincoln Nationa Bank, to the credit of A. B. Harris, agent, must be paid to the plaintiff, Ambia Boody, with no costs to any party.

(70 Hun, 598.)

DE BORDELEBEN COAL & IRON CO. v. BUENA VISTA IRON CO.

(Supreme Court, General Term, First Department. June 30, 1893.)

Action by the De Bordeleben Coal & Iron Company against the Buena Vista Iron Company.
Theron G. Strong, for plaintiff.
H. A. Taylor, for defendant.
No opinion. Judgment affirmed.